[No. 696-2.   Division Two.   July 17, 1973.]

HILLCREST PRESBYTERIAN CHURCH OF SEATTLE, WASHINGTON, *Appellant*, v. PRESBYTERY OF SEATTLE, INC., *et al., Respondents*.

BOARD OF NATIONAL MISSIONS OF THE UNITED PRESBYTERIAN

CHURCH IN THE UNITED STATES OF AMERICA, *Respondent,* v. HILLCREST PRESBYTERIAN CHURCH, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 702309, 703683, Keith M. Callow, J., entered December 30, 1971. *Affirmed* by unpublished per curiam opinion.